**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6390**

_____

MICHAEL ALLEN BERRY,

    Petitioner - Appellant,

        v.

VIRGINIA DEPARTMENT OF CORRECTIONS; VIRGINIA PAROLE BOARD,

    Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:22-cv-01302-CMH-WEF)

_____

Submitted:  August 26, 2025                    Decided:  January 9, 2026

_____

Before WILKINSON, BENJAMIN, and BERNER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Allen Berry, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Allen Berry seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 petition. Berry contended that he was entitled to immediate release from the Virginia Department of Corrections based on alleged due process violations related to his parole eligibility. During the pendency of this appeal, Berry was released from incarceration. Accordingly, we deny his motion for appointment of counsel, and we dismiss the appeal as moot. *See Fleet Feet, Inc. v. NIKE, Inc.*, 986 F.3d 458, 463 (4th Cir. 2021) ("If an event occurs during the pendency of an appeal that makes it impossible for a court to grant effective relief to a prevailing party, then the appeal must be dismissed as moot." (citation modified)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*